**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK EDWARD PETERS, II; and SHANNON TAKISHA PRINCE-PETERS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC); COLONIAL LIFE & ACCIDENT INSURANCE COMPANY; COMBINED INSURANCE COMPANY OF AMERICA; UNUM GROUP CORPORATION; G4S COMPLIANCE AND INVESTIGATIONS; JENNIFER SHOBERT; NICOLE HARTER; JASON BALL; ANGELA JUSTICE; ROBERT HAMMOND; DIANE L. JONES; LORI POZUELOS; and TANJA TITRE,<br><br>                    Defendants. | Case No. 5:25-cv-02541-SPG-SSC<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

-1-

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. *See* (ECF No. 10 ("Report")). In the Report, the Magistrate recommends dismissing this action without prejudice, based on Plaintiffs' failure to pay the filing fee and to comply with court orders. *See* (*id.*). Plaintiffs have not filed an objection to the Report.

Therefore, the Court ACCEPTS and ADOPTS the Report and ORDERS that judgment be entered dismissing this action without prejudice.

DATED: March 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-