JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDWARD PETERS, II; and SHANNON TAKISHA PRINCE-PETERS,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC); COLONIAL LIFE & ACCIDENT INSURANCE COMPANY; COMBINED INSURANCE COMPANY OF AMERICA; UNUM GROUP CORPORATION; G4S COMPLIANCE AND INVESTIGATIONS; JENNIFER SHOBERT; NICOLE HARTER; JASON BALL; ANGELA JUSTICE; ROBERT HAMMOND; DIANE L. JONES; LORI POZUELOS; and TANJA TITRE,<br><br>      Defendants. | Case No. 5:25-cv-02541-SPG-SSC<br><br>**JUDGMENT** |

-1-

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice, and the case is closed.

**IT IS SO ORDERED.**

DATED:  March 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE